UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN VALDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUPERIOR COURT OF CALIFORNIA, SAN JOAQUIN COUNTY,<br><br>　　　　Defendant. | No. 2:20-cv-1406-JAM-EFB PS<br><br><br>ORDER |

Plaintiff Ivan Valdez, proceeding pro se, has filed a complaint purporting to allege civil rights violations. ECF No. 1. He has submitted an application to proceed *in forma pauperis*, but he failed to properly respond to most of the questions asked therein. Specifically, he stated "no comment" in response to nearly all the questions. Accordingly, the request (ECF No. 2) is denied without prejudice to filing a properly-completed application for leave to proceed in forma pauperis within 30 days of this order. The Clerk is directed to send to plaintiff a new form Application to Proceed In Forma Pauperis. Failure to comply with this order may result in dismissal of this action.

　　So ordered.

DATED: July 16, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE